UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :
v.                                    :   **SCHEDULING ORDER**
                                      :
JEAN DENNIS,                          :
                                      :   7:24-cr-476 (PMH)
              Defendant.              :
-----------------------------------------------------------x

     The Sentencing Hearing scheduled for March 20, 2025 is re-scheduled to April 1, 2025 at 2:30 p.m. in a courtroom to be determined at the White Plains Courthouse.

     It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       March 14, 2025

_____
Philip M. Halpern
United States District Judge