UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :
v.                                      :    **SCHEDULING ORDER**
                                        :
JEAN DENNIS,                            :    7:24-cr-476 (PMH)
                                        :
            Defendant.                  :
-----------------------------------------------------------x

The Sentencing Hearing scheduled for April 1, 2025 is re-scheduled to March 28, 2025 at 9:30 a.m. in a courtroom to be determined at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       March 18, 2025

_____
Philip M. Halpern
United States District Judge